1834.

TAYLOR

v.

MILLS.

---

### Fay v. Jewett and another.

---

Exceptions should not be taken to an answer for insufficiency, unless the discovery required would have some bearing upon the point in controversy.

---

Exceptions to a report allowing exceptions to an answer. The Vice-Chancellor tested the point of sufficiency by the materiality of the matter; and said, exceptions should not be taken for insufficiency unlesss the discovery, when made, would have some bearing upon the point in controversy.